FILED
CHARLOTTE, NC
DEC 08 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:11mc192

| | |
|---|---|
| IN THE MATTER OF : | |
| RULES OF PRACTICE AND : | ORDER |
| PROCEDURE IN THIS COURT : | |

For good cause appearing to the Court,

**IT IS ORDERED** that:

1. The Local Rules of Practice and Procedure in the United States District Court for the Western District of North Carolina are hereby amended and adopted effective at 12:01 A.M. on the 1st day of January, 2012. At that time these amended local rules shall supersede the existing Local Rules theretofore in effect, and shall apply to all pending cases, unless the Court finds that the application of the amended local rules in a specific case would result in injustice or hardship.

2. The amended local rules are adopted in compliance with and pursuant to the authority of Rule 83, Fed. R. Civ. P.; Rule 57, Fed. R. Crim. P.; and other federal rules and statutes providing for district court local rules. The amended local rules are adopted after having provided the public and the bar with an opportunity to comment.

3. The amended local rules supplements the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure as necessary in all matters in the United States District Courts for the Western District of North Carolina. Where applicable, this amended local rule also supplements the Federal Rules of Bankruptcy. In keeping with the spirit of the Federal Rules, the amended local rules are designed, and will be construed and administered, to enhance speed and flexibility, control expense, and direct the efforts of all involved to the ends of justice.

4. The Clerk is directed to make appropriate arrangements to see that the amended rules are published promptly and that copies of the amended local rules are made available for distribution to the bar and the public.

This 30th day of November, 2011.

s/Robert J. Conrad, Jr.
Robert J. Conrad, Jr., Chief
United States District Court Judge

s/Richard L. Voorhees
Richard L. Voorhees
United States District Judge

s/Martin Reidinger
Martin Reidinger
United States District Judge

s/Frank D. Whitney
Frank D. Whitney
United States District Judge

s/Max O. Cogburn, Jr
Max O Cogburn, Jr
United States District Judge

s/Graham C. Mullen
Graham C. Mullen, Senior
United States District Judge